PROB 35　　　　　　　　　　　　　　　　　　　　　Report and Order Terminating Probation/
(Rev. 4/81)　　　　　　　　　　　　　　　　　　Supervised Release Prior to Original Expiration Date

# United States District Court

### For The
### District of New Jersey

UNITED STATES OF AMERICA

　　　　V.　　　　　　　　　　　　　　　　　　　　Crim. No.　2:99-cr-494-01

Odeliza Rodriguez

　　On September 25, 2005, the above named was placed on supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　Kellyanne Kelly

### ORDER OF THE COURT

　　Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

　　Dated this __5th__ Day of __May__, ~~19~~ __2008__.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge